CHRISTOPHER J. CARR (CA SBN 184076)
E-mail: CCarr@mofo.com
NAVI SINGH DHILLON (CA SBN 279537)
E-mail: NDhillon@mofo.com
MORRISON & FOERSTER LLP

JS-6

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
EASTERN MUNICIPAL WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC § 501(c)(3) nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN MUNICIPAL WATER DISTRICT,<br><br>Defendant. | Case No. 5:15-cv-01079 VAP (SPx)<br><br>**[PROPOSED]~~ JUDGMENT OF DISMISSAL WITH PREJUDICE IN FAVOR OF DEFENDANT EASTERN MUNICIPAL WATER DISTRICT AND AGAINST PLAINTIFF CALIFORNIA RIVER WATCH**<br><br>(Environmental – Clean Water Act, 33 U.S.C. § 1251, et seq.)<br><br>The Honorable Virginia A. Phillips |

On June 2, 2015, plaintiff California River Watch commenced this Clean Water Act (CWA) action against defendant Eastern Municipal Water District. California River Watch alleged a variety of CWA claims, all of which were denied by Eastern Municipal Water District.

California River Watch was represented by Jack Silver and David J. Weinsoff. Christopher J. Carr and Navi Singh Dhillon of Morrison & Foerster LLP represented Eastern Municipal Water District.

In accordance with the stipulated request of the parties, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Judgment shall be and hereby is entered in favor of Defendant Eastern Municipal Water District and against California River Watch and this action is hereby dismissed with **PREJUDICE**.

2. Plaintiff California River Watch shall take nothing from Eastern Municipal Water District.

3. Each Party shall bear its own fees and costs.

DATED: March 22, 2016   By: *Virginia A. Phillips*
Virginia A. Phillips
United States District Judge